```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDWARD WADE,                                    :

              Plaintiff,                  :

              -against-                      :

POLICE OFFICER LONNIE JOHNSON, ET AL.,  :

              Defendants.                 :
------------------------------------------------------------X

ORDER

07 Civ. 6640 (SHS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

     A telephonic pretrial conference was held with counsel to the defendants and plaintiff pro se on February 4, 2008. As a result of the discussion had during the conference, IT IS HEREBY ORDERED that:

    1.    all discovery, of whatever nature, shall be initiated so as to be completed on or before June 4, 2008; and

    2.    a telephonic status conference will be held with the parties on May 7, 2008, at 10:30 a.m. Counsel to the defendants shall initiate the telephonic conference on that date.

Dated: New York, New York
       February 4, 2008

SO ORDERED:

*Kevin Nathaniel Fox*
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Edward Wade
Jessica T. Cohen, Esq.