UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

EDWARD WADE,                                    :

               Plaintiff,                    :

      -against-                                :

POLICE OFFICER LONNIE JOHNSON, ET AL.,  :

              Defendants.                 :
------------------------------------------------------------X

ORDER

07 Civ. 6640 (SHS)(KNF)

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 2/4/08**

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that: (1) the Superintendent or other official in charge of the Orleans Correctional Facility shall provide inmate Edward Wade, #06-R-2450, a private room, with telephone service, so that he may participate in a telephonic status conference call with the Court and counsel to the defendants on May 7, 2008, at 10:30 a.m.; (2) plaintiff Edward Wade shall appear in a private room, designated by the Superintendent or other official in charge of the Orleans Correctional Facility, to participate in said telephonic conference; and (3) Assistant Corporation Counsel Jessica T. Cohen is directed to serve a copy of this Order on the Superintendent or other official in charge of the Orleans Correctional Facility, expeditiously.

Dated: New York, New York
       February 4, 2008

SO ORDERED:

_____
KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

Copies mailed to:

Edward Wade
Jessica T. Cohen, Esq.