

MR. EDWARD WADE #06-R-2450
ORLEANS CORRECTIONAL FACILITY
3531 GAINES BASIN ROAD
ALBION, NEW YORK 14411-9199

## MEMO ENDORSED

January 24, 2008

Ms. Natalie Sobchak,
Senior Pro Se Clerk
Pro Se Office
U.S. District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street - Room 230
New York, N.Y. 10007



RE: Edward Wade v. New York City Police Officers, et al.:
07 Civ. 6640 (SHS)((KNF)

TO: Honorable Kevin Nathaniel Fox
United States Magistrate Judge:

*2/20/08 The administration of a prison facility, including the location and tasks assigned to inmates, is a matter left to the discretion of the prison's managerial staff. Therefore, the Court will not direct prison officials to assign a paralegal to participate with the plaintiff at the next scheduled conference. The instant application is denied. SO ORDERED: Kevin Nathaniel Fox, U.S.M.J.*

Honorable Sir:

    I would like to seek your permission and authorization to
have a paralegal assistant from the law library (here at this
facility) present during the conference scheduled for the 4th of
February, 2008.


    As your Honor is aware, I have been constantly seeking some
form of assistance from different legal associations, and the
filing for such assistance through the court. Thus far, all requests
for assistance have been turned down.


    If the court approves my request for paralegal assistance
during the conference, the parlegal clerk's name is: James McMoore,
#91-A-1751.


    I would like to thank you for your time and assistance in
this matter.


                                        Respectfully,

                                        Wade, Edward

## Receipt for Personal Legal Papers

_Orleans_ _____ **Correctional Facility**

I, _Edward Wade_ _____ DIN # _06R2450_ Location _G²-23B_

**Surrendered the personal legal papers listed below to Law Library Clerk**

_James McMoore_ _____ DIN# _9/A/751_

**for his/her use in providing me legal assistance.**

| Title/Type of Paper | Date of Paper | # Pages | Condition | | | |
|---|---|---|---|---|---|---|
| | | | Excellent | Good | Fair | Poor |
| 1983 (order) | 1/16/08 | | ✓ | | | |
| | | | | | | |
| | | | | | | |

Are all pages intact? _____ YES __✓__ NO

Note damage or problems with papers __None__

Inmate's Signature: _Wade, Edward_

Clerk's Signature: _James McMore_

Date of Transaction: _1/24/08_

To Be Completed By: _ASAP_

**APPROVED**

=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=·=

**I retrieved the legal papers noted above from Law Library Clerk**

_____

**DIN # _____. I verify that these papers were returned to me in the same condition as described above.**

Inmate' Signature: _____

Law Clerk's Signature: _____

Date of Transaction: _____

_Instructions to Law Clerk and Inmate Client:_

1) Complete this form in duplicate.
2) Both the law clerk and the inmate client must date and sign both copies on each occasion of the transfer of papers.
3) File the original in the inmate's law library file.
4) Give a copy of the form to the inmate for his/her records.
5) Report any problems or questions to the Law Library Supervisor.

7.9