UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
EDWARD WADE,

                              Plaintiff,

      -against-

POLICE OFFICER LONNIE JOHNSON, et al.

                             Defendants.
------------------------------------------------------------------- x

**ORDER**

07-CV-6640
(SHS)(KNF)

KEVIN NATHANIEL FOX, U.S. Magistrate Judge

      **IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of Orleans Correctional Facility, produce inmate Edward Wade, Inmate No. 06-R-2450, at 11:00 a.m. on the 19th day of March, 2008, at a suitable location within Orleans Correctional Facility equipped with a telephone, for the purpose of participating by telephone in a conference with defense counsel in the above-referenced matter.

Dated:    New York, New York
            March 14, 2008

                                                  */s/ Kevin Nathaniel Fox*
                                                  UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED. 3/14/08

3