UNITED STATES DISTRICT COURT
SOUNTHERN DISTRICT OF NEW YORK

EDWARD WADE, 06R2450,

    PLAINTIFF,

-AGAINST-                      CV-07-6640

NEW YORK CITY POLICE OFFICERS, et al.   (SHS)(KNF)

    DEFENDANTS.

NOTICE OF MOTION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/17/08

RECEIVED DEC 06 2007

U.S. DISTRICT COURT FILED DEC 0 6 2007 S.D. OF N.Y.

    PLEASE TAKE NOTICE that upon the annexed affirmation of Edward Wade, affirmed on the 30th of November, 2007, and upon the exhibit attached thereto, and the pleadings herein, plaintiff will move this Court, before, the Honorable Kevin N. Fox, United States Magistrate Judge, for an order pursuant to Rule 55(A)(B)(1)(2) of the Federal Rules of Civil Procedure granting Plaintiff's request declaring Defendants defaulted by failing to respond according to this Court's order signed and dated October 18, 2007 instructing the Defendant to respond to the Plaintiff's complaint by November 30, 2007 and for any such other relief that the Court deems appropriate in the circumstances.

    I declare under penalty of perjury that the foregoing is true and correct.

                              Respectfully submitted,

                              _Wade, Edward_
                              Edward Wade
                              Plaintiff, Pro-Se
                              06R2450/G-2-23B
                              Orleans Correctional Facility
                              3531 Gaines Basin Road
                              Albion, New York 14411-9199

Sworn to before me this
30th day of November, 2007

_Mark G. Wells_
Notary Public, MARK G. WELLS
Notary Public, State of New York
Qualified in Orleans County
No. 01WE6134974
Commission Expires Oct. 11, 20__

_Because all defendants have answered the complaint, plaintiff's motion for a default judgment is denied._

SO ORDERED 3/17/08

_Sidney H. Stein_
SIDNEY H. STEIN
U.S.D.J.

RECEIVED DEC 21 2007